# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>Auston KENDRICK<br><br>                    Defendant. | Case No.: 20MJ0088<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assaulting, Resisting, or Impeding<br>Federal Officers<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about January 9, 2020, within the Southern District of California, Auston KENDRICK intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 111, to wit: United States Department of Homeland Security, Homeland Security Investigations Special Agent German Burgoin and United States Department of Justice Deputy Marshal Thomas Grattan, while Agent Burgoin and Deputy US Marhsal Grattan were engaged in and on account of the performance of their official duties, such acts involving physical contact with Agent Burgoin and Deputy US Marshal Grattan; in violation of Title 18, United States Code, Section 111(a)(1), a felony. The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Jason Tanzi
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 10th DAY OF January 2019.

HON MITCHELL D. DEMBIN
U.S. MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROBABLE CAUSE STATEMENT

On January 9, 2020, at approximately 9:40 a.m., members of the San Diego Fugitive Task Force (FTF) were attempting to locate defendant Auston KENDRICK ("KENDRICK"), a United States citizen, near 1395 Morena Boulevard, Space 61, San Diego, California 92110. Two members of the FTF observed KENDRICK in the area and approached him wearing ballistic vests marked with law enforcement badges and the word POLICE clearly visible. The FTF officers identified themselves verbally as "Police" and ordered KENDRICK to put his hands up, lay on the ground, and spread his feet, KENDRICK complied. When FTF officers attempted to place handcuffs on KENDRICK, KENDRICK stood up and attempted to flee by getting in the driver's seat of his car that was parked at space 61. The FTF officers that initially made contact with KENDRICK and additional FTF officers pulled KENDRICK from the vehicle and attempted to restrain him. The FTF Officers continued to verbally identify themselves as police and ordered KENDRICK to stop resisting, KENDRICK resisted, pushed officers away, escaped officers' grasp and ran away toward a fence. The FTF officers caught KENDRICK within approximately 10 to 15 feet from where he started running and KENDRICK began to fight the FTF officers. FTF officers used a taser to attempt to subdue KENDRICK but were unsuccessful. The FTF officers again

1

attempted to physically restrain KENDRICK, at which time KENDRICK began to punch and elbow officers. In the course of the arrest, KENDRICK struck several FTF officers, injuring HSI Special Agent German Burgoin and Deputy US Marshal Thomas Grattan. Injuries sustained by Burgoin and Grattan include contusions, abrasions, lacerations and a taser probe being lodged in a finger bone requiring surgical removal.

KENDRICK was transported by FTF officers to UCSD Hillcrest hospital for evaluation and cleared by doctors for incarceration.

At approximately 1:35 p.m., Homeland Security Investigations ("HSI") Special Agents J. Tanzi and V. Hofer interviewed KENDRICK. KENDRICK agreed to waive his Miranda rights and speak with agents. During the interview, KENDRICK stated he saw two men wearing bullet-proof vests get out of a truck and order him to put his hands up. KENDRICK stated he initially thought the officers were bounty hunters because he forgot to attend state court on or around December 30, 2019, related to charges of assault on a peace officer. KENDRICK stated once the officers began conducting a pat-down, he no longer believed the officers were law enforcement and that he was being raped. KENDRICK stated he was defending himself against the officers and the tasers using his hands and elbows to block them and if he struck officers it was only during the the time when the taser was used not during the pat-down.

2

KENDRICK was arrested and charged with a violation of Title 18, United States Code, 111, Assaulting a Federal Officer, and was scheduled to be booked into the Metropolitan Correctional Center.